W. KIRK MOORE Bar # 244764
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone:  866-339-1156
Email: wmo@legalhelpers.com

Attorney for Plaintiff
JIM GATEWOOD


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISON

| | |
|---|---|
| Jim Gatewood | CASE NO.: 3:07-cv-04273 |
| Plaintiff, | JUDGE: Jeffrey White |
| v. | |
| Firstsource Advantage, LLC d/b/a Account Solutions Group, LLC | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:____s/ W. Kirk Moore_____
     W. Kirk Moore
     Bar # 244764
     Attorney for Plaintiff
     564 Market Street, Ste. 300
     San Francisco, CA 94104
     Telephone:  866-339-1156
     Email:  wmo@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Firstsource Advantage, LLC d/b/a
Account Solutions Group, LLC
c/o Tony Frisicaro, President
205 Bryant Woods South
Amherst, NY 14228

         /s/ W. Kirk Moore